## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

EARNEST EDWARD FRIEND                                                              PLAINTIFF
ADC #660262

V.                                            NO: 3:16CV00027 BRW/PSH

LUKE HOGGARD *et al*                                                              DEFENDANTS

### ORDER

The Clerk is directed to change the style of the case to reflect the correct name of defendant

Luke Hoggard, as set forth in his answer (docket entry 9).

IT IS SO ORDERED this 11th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE