**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

EARNEST EDWARD FRIEND                                                                                          PLAINTIFF

V.                                              NO: 3:16CV00027 PSH

LUKE HOGGARD *et al*                                                                                              DEFENDANTS

**ORDER**

Plaintiff Earnest Edward Friend filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 29, 2016, and was granted leave to proceed *in forma pauperis*. At the time, he was in custody at the Greene County Detention Center. On October 28, 2016, Friend notified the Court he had been released from custody and provided his address. In response, the Court entered an order directing Friend to pay the $350.00 filing fee or file a new application for leave to proceed *in forma pauperis* which would reflect his free-world financial status. The order directed Friend to take this action within 30 days. Doc. No. 44.

More than 30 days have passed and Friend has not paid the filing fee, filed a new application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that Friend's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT:

1.        Friend's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the

filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

    2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of December, 2016.

                                                             UNITED STATES MAGISTRATE JUDGE