**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EARNEST EDWARD FRIEND                                                          PLAINTIFF

V.                                        NO: 3:16CV00027 PSH

LUKE HOGGARD *et al*                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to plaintiff Earnest Edward Friend's claims against defendants; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE